# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID VAN DUKE,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-00688-APG-PAL

**ORDER**

    This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents have filed a motion for a second extension of time in which to file a supplemental brief in compliance with the Court's order of March 19, 2015. Respondents seek an enlargement of time, up to and including June 3, 2015, to file a supplemental brief. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a supplemental brief (dkt. #36) is **GRANTED**. Respondents' supplemental brief shall be filed on or before **June 3, 2015.**

    Dated this 26th day of May, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE