# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID VAN DUKE,<br><br>                      Petitioner,<br>    v.<br>DWIGHT NEVEN, et al.,<br><br>                      Respondents. | Case No. 2:13-cv-00688-APG-PAL<br><br>**ORDER** |

Respondents' motion for enlargement of time (ECF No. 46) is GRANTED. Respondents shall have up to and including May 9, 2018, within which to file and serve an answer to the remaining claims of the petition.

IT IS SO ORDERED.

Dated: April 10, 2018.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE