UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID VAN DUKE,<br><br>                   Petitioner,<br>   v.<br>DWIGHT NEVEN, et al.,<br><br>                  Respondents. | Case No. 2:13-cv-00688-APG-PAL<br><br>**ORDER** |

     Respondents' third motion for enlargement of time (ECF No. 48) is GRANTED. Respondents shall have up to and including May 16, 2018, within which to file and serve an answer to the remaining claims of the petition.

     IT IS SO ORDERED.

     Dated: May 9, 2018.

                                                 ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE